■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JENARD GOLDEN, Appellant. [655 NYS2d 959] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Barasch, J.), rendered June 23, 1994, convicting him of murder in the second degree and robbery in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the People failed to prove his identity as one of the robbers beyond a reasonable doubt is unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10; *People v Caballero,* 177 AD2d 496). In any event, viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The trial court's *Sandoval* ruling was not an improvident exercise of discretion *(see, People v Lopez,* 220 AD2d 831; *People v Bonnette,* 216 AD2d 479).

The defendant's remaining contentions are without merit. Bracken, J. P., Ritter, Santucci and Altman, JJ., concur.